FILED 12 AUG '25 14:41 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-** 00321-IM |
| **v.** | **INDICTMENT** |
| **DAJOHNTAE RAYSHAWNLEE RICHARD** | **18 U.S.C. § 1591(a), (b)(1)**<br>**18 U.S.C. § 1591(a)(1), (b)(2), (c)** |
| **Defendant.** | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sex Trafficking by Fraud, Force, or Coercion)**
**(18 U.S.C. §§ 1591(a)(1) and (b)(1))**

Beginning on or about June 21, 2025, and continuing until on or about July 1, 2025, in the District of Oregon and elsewhere, defendant **DAJOHNTAE RAYSHAWNLEE RICHARD**, in and affecting interstate and foreign commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, to wit, **Minor Victim 1 (MV1)**, and did benefit financially and by receiving anything of value from participating in a venture that engaged in such conduct, knowing and in reckless disregard of the fact that means of

force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause **MV1** to engage in a commercial sex act, and such means were used;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

**COUNT 2**
**(Sex Trafficking of a Child)**
**(18 U.S.C. §§ 1591(a)(2) and (b)(2) and (c))**

Beginning on or about June 21, 2025, and continuing until on or about July 1, 2025, in the District of Oregon and elsewhere, defendant **DAJOHNTAE RAYSHAWNLEE RICHARD**, in and affecting interstate and foreign commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, to wit, **MV1,** who had not attained the age of 18 years, and did benefit financially and by receiving anything of value from participating in a venture that engaged in such conduct, knowing or in reckless disregard of the fact that **MV1** would be caused to engage in a commercial sex act and knowing and in reckless disregard of the fact that **MV1** had attained the age of 14 but had not attained the age of 18 years, and having had a reasonable opportunity to observe **MV1**;

In violation of Title 18, United States Code, Sections 1591(a), (b)(2), and (c).

**COUNT 3**
**(Sex Trafficking by Fraud, Force, or Coercion)**
**(18 U.S.C. §§ 1591(a)(1) and (b)(1))**

Beginning on or about June 21, 2025 and continuing until on or about July 1, 2025, in the District of Oregon and elsewhere, defendant **DAJOHNTAE RAYSHAWNLEE RICHARD**, in and affecting interstate and foreign commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, to wit, **Minor Victim 2 (MV2)**, and did benefit financially and by receiving anything of value from participating in a venture that engaged in such conduct, knowing and in reckless disregard of the fact that means of

force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause **MV2** to engage in a commercial sex act, and such means were used;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

**COUNT 4**
**(Sex Trafficking of a Child)**
**(18 U.S.C. §§ 1591(a)(2), (b)(2) and (c))**

Beginning on or about June 21, 2025, and continuing until on or about July 1, 2025, in the District of Oregon and elsewhere, defendant **DAJOHNTAE RAYSHAWNLEE RICHARD**, in and affecting interstate and foreign commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, to wit, **MV2,** who had not attained the age of 18 years, and did benefit financially and by receiving anything of value from participating in a venture that engaged in such conduct, knowing or in reckless disregard of the fact that **MV2** would be caused to engage in a commercial sex act and knowing and in reckless disregard of the fact that **MV2** had attained the age of 14 but had not attained the age of 18 years, and having had a reasonable opportunity to observe **MV2**;

In violation of Title 18, United States Code, Sections 1591(a)(2), (b)(2) and (c).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 4 of this Indictment, defendant **DAJOHNTAE RAYSHAWNLEE RICHARD** shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d)(1), defendants' interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and pursuant to 18 U.S.C. § 1594(d)(2), any property, real or personal, constituting or derived from any

proceeds that defendants obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated this 12 day of August 2025.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

ELIZA CARMEN RODRIGUEZ NYSB #5645379
Assistant United States Attorney